# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable GREGORY J. FOURATT

CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **24-86 MJ** | Date: | **1/30/2024** | Recording Information: | **LCR-SIERRA BLANCA** |
| Clerk: | **CATHY ALVAREZ** | Type of Hearing: |  | **PRELIMINARY/DETENTION/UNITED STATES' UNOPPOSED MOTION FOR CONTINUANCE OF PRELIMINARY HEARING** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **CHLOE ANNELIESE LUCERO** | **DARREN ROBINSON** | ☒ | ☐ |
| Assistant U.S. Attorney: **ELIOT NEAL** | Interpreter: **N/A** | | |
| Pretrial Officer: **LAURA GARIBAY** | Court in Session: **9:01-9:08 A.M. (7 min)** | | |

- ☐ Court questions Defendant regarding his/her physical and mental condition, age, education
- ☒ Court advises Defendant(s) of possible penalties and all constitutional rights
- ☐ ORAL Motion for Detention Hearing by Government
- ☐ Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing
- ☒ Preliminary hearing reset on Tuesday, 2/6/2024 @ 9:00 a.m. (Sierra Blanca Courtroom)
- ☒ Detention hearing reset on Thursday, 2/1/2024 @ 9:00 a.m. (Sierra Blanca Courtroom)

- ☒ Defendant in custody

- ☒ Other: COURT ADDRESSES THE UNOPPOSED MOTION FOR CONTINUANCE OF THE PRELIMINARY HEARING FILED BY THE GOVERNMENT. COURT GRANTS THE MOTION AND RESETS THE PRELIMINARY HEARING FOR TUESDAY, 2/6/2024 @ 9:00 A.M. DEFENSE COUNSEL REQUESTS CONTINUATION OF THE DETENTION HEARING UNTIL THURSDAY, 2/1/2024 TO ALLOW TIME TO SPEAK WITH DEFENDANT'S FAMILY. DEFENSE COUNSEL WILL CONTACT PRETRIAL IF AN INTERVIEW IS NEEDED. COURT GRANTS CONTINUANCE AND RESETS THE DETENTION HEARING ON THURSDAY, 2/1/2024 @ 9:00 A.M. DEFENDANT MAKES A STATEMENT IN OPEN COURT.